UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Magistrate Case No. '21 MJ4583 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Frederick Wallace MORENO (D1), ) | Bringing in Unlawful Alien(s) |
| Monica Renee GABALDON (D2), ) | Without Presentation |
| ) | |
| Defendant(s). ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about November 29, 2021, within the Southern District of California, Defendant(s), Frederick Wallace MORENO (D1) and Monica Renee GABALDON (D2), with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Marco MARTINEZ-Raymundo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 29th of November 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Marco MARTINEZ-Raymundo, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On November 29, 2021, at approximately 2:13 A.M., Defendant Frederick Wallace MORENO (D1), a United States citizen, entered the United States from Mexico through the San Ysidro, California Port of Entry as the driver of a Ford Taurus, bearing California license plates. Accompanying D1 was his passenger, Monica Renee GABALDON (D2), a United States citizen. Upon inspection before a United States Customs and Border Protection (CBP) Officer, D1 stated he was going to Lancaster, California with nothing to declare and D2 presented nervousness when providing a copy of her identification. During the officer's inspection one person was found concealed in a non-factory compartment behind the rear seat. Defendants were secured and escorted to secondary inspection along with the vehicle.

In secondary, inspection of the vehicle revealed a lone male concealed within a non-factory rear seat compartment. CBP Officers responded and extracted the lone male from the compartment. The person found within was later identified as, Marco MARTINEZ-Raymundo, (Material Witness), a citizen and national of Mexico with no entitlements to enter, reside or pass through the United States, and is now held as a Material Witness.

D1 was advised of his Miranda rights and elected to give a statement. D1 stated he knew he was going to smuggle a person into the United States for $2,000.00. D1 stated he was going to deliver this person to a location that was placed in his phone by smugglers. D1 stated he knows it's illegal to smuggle persons into the United States.

During a video recorded interview, the Material Witness admitted he is a citizen of Mexico without documents to enter the United States. The Material Witness said he was going to pay $19,500.00 to be smuggled into the United States and was going to Los Angeles, California to seek work and residence.